M. M. GUBIN, etc., Appellant, v. GUARAN-TY FIRE INSURANCE COMPANY OF PROVIDENCE, Appellee.

Circuit Court of Appeals, Eighth Circuit.
January 3, 1929.

No. 8333.

P. H. Cullen and John C. Vogel, both of St. Louis, Mo., for appellant.

Harry C. Willson and Thomas O. Stokes, both of St. Louis, Mo., for appellee.

PER CURIAM. Appeal dismissed with prejudice, at appellant's costs, per stipulation of parties.

M. M. GUBIN, etc., Appellant, v. IMPORTERS' & EXPORTERS' INSURANCE CO., Appellee.

Circuit Court of Appeals, Eighth Circuit.
January 3, 1929.

No. 8329.

P. H. Cullen and John C. Vogel, both of St. Louis, Mo., for appellant.

Harry C. Willson and Thomas O. Stokes, both of St. Louis, Mo., for appellee.

PER CURIAM. Appeal dismissed with prejudice, at appellant's costs, per stipulation of parties.

M. M. GUBIN, etc., Appellant, v. LIBERTY BELL INSURANCE CO., Appellee.

Circuit Court of Appeals, Eighth Circuit.
January 3, 1929.

No. 8332.

P. H. Cullen and John C. Vogel, both of St. Louis, Mo., for appellant.

Harry C. Willson and Thomas O. Stokes, both of St. Louis, Mo., for appellee.

PER CURIAM. Appeal dismissed with prejudice, at appellant's costs, per stipulation of parties.

M. M. GUBIN, etc., Appellant, v. PACIFIC FIRE INSURANCE COMPANY, Appellee.

Circuit Court of Appeals, Eighth Circuit.
January 3, 1929.

No. 8334.

P. H. Cullen and John C. Vogel, both of St. Louis, Mo., for appellant.

Harry C. Willson and Thomas O. Stokes, both of St. Louis, Mo., for appellee.

PER CURIAM. Appeal dismissed with prejudice, at appellant's costs, per stipulation of parties.

M. M. GUBIN, etc., Appellant, v. STATE ASSURANCE CO. OF LIVERPOOL, ENGLAND, Appellee.

Circuit Court of Appeals, Eighth Circuit.
January 3, 1929.

No. 8331.

P. H. Cullen and John C. Vogel, both of St. Louis, Mo., for appellant.

Harry C. Willson and Thomas O. Stokes, both of St. Louis, Mo., for appellee.

PER CURIAM. Appeal dismissed with prejudice, at appellant's costs, per stipulation of parties.